IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARK BROWN and PATRICIA BROWN** | ) |
| Plaintiffs, | ) |
| vs. | ) |
| **WHEATON VAN LINES, INC.;** <br> **QUALITY MOVING SERVICE, INC.;** <br> **JACK WAGNER, NATE SAMPSON, and** <br> **SEAN YELM** | ) Civil Action No. 3:24-cv-000-25-JRG-DCP |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT

Comes now, Mark Brown and Patricia Brown, and requests the Court, pursuant to Rule 55(b)(1) to the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant, Jack Wagner. In support of this request, Mark Brown and Patricia Brown rely upon the record in this case and the affidavit submitted herein. For good cause, counsel for the Plaintiffs contend that this matter should not be dismissed and file this motion for default judgment to prosecute the Plaintiffs' claims.

Respectfully submitted, this the 23rd day of January, 2025.

/s/ Chris W. Beavers
T. SCOTT JONES, BPR #014628
CHRIS W. BEAVERS, BPR #025259
*Attorneys for Plaintiff*
BANKS & JONES
2125 Middlebrook Pike
Knoxville, Tennessee 37921
(865) 546-2141

## CERTIFICATE OF SERVICE

  I hereby certify that on January 23rd, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Tennessee by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.
  I hereby certify that a true and exact copy of the foregoing pleading or document has been delivered upon:

Jack Wagner
2501 Seymour Ave
Knoxville, TN 37917

Delivery by U.S. Mail sent to said office, postage prepaid or by hand delivery.

  This the 23rd day of January, 2025.

/s/ Chris W. Beavers
CHRIS W. BEAVERS