UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK BROWN and PATRICIA BROWN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:24-CV-00025-JRG-DCP |
| | ) |
| WHEATON VAN LINES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' motion, requesting remand to the state court [Doc. 35]. Plaintiffs removed this action from the Circuit Court for Knox County, Tennessee, in January 2024. [Doc. 1]. At that time, federal question jurisdiction was proper based on Plaintiffs' claims under the Carmack Amendment to the Interstate Commerce Act ("Carmack Amendment"), 49 U.S.C. § 14706. However, now all defendants have been dismissed except for Jack Wagner, who was an individual employee of Quality Moving Service, Inc. at the time of the events giving rise to the case. [Doc. 1-2 ¶ 5].

The Carmack Amendment governs interstate shipments by "motor carriers" and "freight forwarders." *See* 49 U.S.C. § 14706(a)(1). As an individual employee, Mr. Wagner does not qualify as a motor carrier or freight forwarder. Hence, he cannot be held liable under the Carmack Amendment. There being no other remaining claims before the Court except state law claims against Mr. Wagner, the Court will remand so that Plaintiffs may pursue any available relief in the state court.[1] The Court therefore **ORDERS** as follows:

---

[1] The Court notes that Plaintiffs' state law claims against Mr. Wagner are likely pre-empted by the Carmack Amendment. *See Val's Auto Sales & Repair, LLC v. Garcia*, 367 F. Supp. 3d 613, 620 (E.D. Ky. 2019) ("[T]he Carmack Amendment preempts claims against individual employees who were responsible for the shipment

1. Any Carmack Amendment claims against Defendant Jack Wagner are **DISMISSED**;

2. The Clerk's Entry of Default against Mr. Wagner [Doc. 26] is **VACATED**;

3. Plaintiffs' Motion for Default Judgment [Doc. 28] is **DENIED as MOOT**;

4. The Court's Order [Doc. 34], referring this matter to the Magistrate Judge for a Report and Recommendation is **VACATED**;

5. Plaintiff's Motion to Remand [Doc. 35] is **GRANTED**;

6. The Clerk of Court is **DIRECTED** to mail a certified copy of this Order to the clerk of the Circuit Court for Knox County, Tennessee.

So ordered.

ENTER:

                                                                  s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE

---

of goods and acting within the scope of their employment when the goods were lost or damaged."). However, since that issue has not been briefed, the Court will not make a determination here.